No. 75–1286. PITT RIVER TRIBE OF INDIANS v. PACIFIC GAS & ELECTRIC CO. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75–1319. HADDAD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1327. METRO BOLT & FASTENER CORP. v. COATS ET UX. Ct. App. Tenn. Certiorari denied.

No. 75–1330. MIELKE ET AL. v. SINGARA GROTTO, INC., ET AL. Ct. App. Ohio, Erie County. Certiorari denied.

No. 75–1334. W & W FERTILIZER CORP. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–1337. GIRARD v. 94TH STREET & 5TH AVENUE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1340. DIXIE PLYWOOD CO. v. THE FEDERAL LAKES ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1341. FOUKE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–1343. QUIROZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 75–1345. KENT NURSING HOME v. OFFICE OF SPECIAL STATE PROSECUTOR FOR HEALTH AND SOCIAL SERVICES ET AL. Ct. App. N. Y. Certiorari denied.

No. 75–1348. GUSTIN v. STEGALL ET AL. Ct. App. D. C. Certiorari denied.